**Order entered May 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00618-CR

### JOHN ALLEN ENGLISH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 32068CC**

## ORDER

The Court **DENIES** as moot appellant's May 26, 2015 pro se motion to extend time to file a docketing statement.  The Court dismissed this appeal for want of jurisdiction on May 18, 2015.

/s/     ROBERT M. FILLMORE
            JUSTICE